# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

2023 JUL -5 PM 3: 37

_Andre Antno Dues_

_____
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

_Reparations_
_New York city_ _New York state_
_U.S.A_ _& NY.P.D_ _& AG_

_____
Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_John_ _____     _____     _Robbins_____

First Name               Middle Initial               Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

095 88 00 346

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

AMKC     Rikers Island

Current Place of Detention

18-18     Hazen St

Institutional Address

East Elmhurst     NY     11370

County, City               State               Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced prisoner

☐  Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

New                   York               City
First Name            Last Name                     Shield #

Current Job Title (or other identifying information)
City Hall
Current Work Address
New York              NY            10007
County, City          State         Zip Code

Defendant 2:

New York              Police Dept.
First Name            Last Name              Shield #

Current Job Title (or other identifying information)
One Police Plaza
Current Work Address
New York              NY            10038
County, City          State         Zip Code

Defendant 3:

New York              State
First Name            Last Name              Shield #

Current Job Title (or other identifying information)
Capitol Building
Current Work Address
Albany                NY
County, City          State         Zip Code

Defendant 4:

United States of America
First Name            Last Name              Shield #

Current Job Title (or other identifying information)

Current Work Address
Washington DC
County, City          State         Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _U.S.A_

Date(s) of occurrence: _life_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Je sub I am representing color man (nu-man) for reparations of slavery the existing prejudice from then and persecution of ex color man from before 7/19 to 2023 of generations of slaves in the western hemisphere from south america to west indies to U.S.A have to endure the atrocities of prejudice that the system put on us and our families. Examples millions to Quadrillions of the robberies the decades of death to centuries and twisting of rights violations and education of the color man with the unscrupulous hoodwink tactics of Sugar Hawkins Jimmy teal, Shawen Bell, Eleanor e Bumpers, Chamberlain, Fred Hampton, george floyd and trillions more

Millions of slaps in your face like 01-06-21 treason on USA by trump entitled supposed was suppose to be shot on the spot Article III section 3 Alta in no no court forfature of Rights

like Black lives matter march after the treason

so you lock up ethnics more such a disparity for your multi Quadrillion a year slave complex "New Jim Crow" making Quadrillions from Dollars across the country using false testimony and fabricated evidence

see Attached papers

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

police Brutality over the decades, white priviledge persecution, complex trauma, on going willie lynch syndrome for a economic system, historical Pt.s.d enforced by judicial system, etc etc

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

$ 6,000,000,000.00 punitive Damages of mental Anguish, emotional stress to on going Battered fear Person syndrome to physical assault and Abuse

$ 50,000,000,000.00 compensative Robberies and Atrocities

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 6-22-23 | -2071x -201-luce |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| Andre | Antro | bus |
| First Name | Middle Initial | Last Name |

896  22  00 345
Prison Address

East  Elmhurst  NY  11370
County, City                    State                    Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 6-22-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_[handwritten]_

_____
*(List the name(s) of the plaintiff(s)/petitioner(s).)*

_____ Civ. _____ ( ____ ) ( ____ )

- against -                          **AFFIRMATION OF SERVICE**

_[handwritten]_

_____
*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* _[handwritten]_ , declare under penalty of perjury that I

served a copy of the attached *(list the names of the documents you served)*: _____

_____

_____

upon all other parties in this case by *(state how you served the documents, for example, hand delivery,*

*mail, overnight express)* _____ to the

following persons *(list the names and addresses of the people you served)*: _____

_[handwritten]_ I need a lawyer cause under the DA's order my mail is blocked and open also my evidence under unreasonable seizure of sabotage obstructing evidence

on *(date you served the document(s))* _____ .

_[handwritten]_

_____          _____
Dated                                    Signature

                                          _____
                                          Address

                                          _____
                                          City, State

                                          _____
                                          Zip

                                          _____
                                          Telephone Number

                                          _____
                                          E-Mail Address

*Rev. 01/2013*



# Race riot survivor talks

She lived through 1921 Tulsa massacre & has book to tell about it



**BY ELLEN MOYNIHAN AND LEONARD GREENE**

NEW YORK DAILY NEWS

For years, she wouldn't admit it. For years after that, she wouldn't even discuss it.

Even thinking about what happened to her family and community felt like a crime punishable by more death and destruction.

Over time, Viola Ford Fletcher began to tell her story. How much time? Fletcher is 109 years old, and next month — on Independence Day — Fletcher is releasing a new book chronicling one of the ugliest moments in American history.

Fletcher was 7 years old in 1921 when a deadly and shameful race riot broke out in Tulsa, Okla., a heinous act of violence that resulted in the deaths of hundreds of Black people over the span of 18 hours.

"I saw and heard people screaming and running and falling, houses burning, guns shooting," Fletcher said during a Midtown interview with the Daily News. "And the rushing of Black people out of town before most of us was killed."

Fletcher and her little brother, Hughes Van Ellis, were at home

with their family on May 30, 1921, when Dick Rowland, a 19-year-old shoe shiner, was accused of trying to sexually assault a white Tulsa elevator operator named Sarah Page, 17, after she screamed and he ran, according to Greenwood's Cultural Center.

Greenwood was a thriving community in Tulsa, known as "Black Wall Street," in the years after World War I, recognized nationally as the richest African-American neighborhood in the country.

With a thriving business district and a residential area filled with influential Black leaders, the Greenwood District was an inspiring model of America's promise. It was here that Count Basie first encountered big band jazz.

It was against that backdrop that an angry white mob went to the courthouse to demand that the sheriff hand over Rowland, the shoe shiner. The sheriff refused. A group of about 25 armed Black men — including many World War I veterans — then went to the courthouse to offer help guarding Rowland.

Outraged whites went home to get their guns, and amid the outbreak, attackers burned and destroyed more than 35 square



**Viola Ford Fletcher, 105, on day of interview with the Daily News. She was 7 years old when she lived through the Tulsa Race Massacre.**

BARRY WILLIAMS FOR NEW YORK DAILY NEWS

blocks of the neighborhood.

"The white citizens were taking the Molotov cocktails and throwing them into the buildings," said Fletcher's grandson, Ike Howard, 56, who co-authored the new book with Fletcher, "Don't Let Them Bury My Story: The Oldest Living Survivor of the Tulsa Race Massacre in Her Own Words."

"They threw bodies in the river, kids in the river. Dead bodies thrown in the river so they wouldn't have to bury them."

By the time the National Guard arrived and declared martial law on June 1, the riot had

effectively ended. Within hours, all charges against Rowland were dropped. Cops concluded that he might have bumped into the woman or stepped on her foot.

What followed was a deliberate effort to cover up the carnage.

The Tulsa Tribune removed the front-page story from its bound volumes, and scholars later discovered that police and state militia archives about the riot were missing as well. As a result, until recently the Tulsa Race Massacre was rarely mentioned in history books, taught in schools or even discussed.

"My grandmother said that

the ashes were coming from the sky like snow, and the tears were black. You couldn't see, and [there was] coughing and hacking," Howard said.

Among those who endured the trauma were Fletcher's infant brother, Hughes Van Ellis, who is 102 years old now, and wrote the book's foreword. The family calls him Uncle Red.

"When my grandmother and the rest of her family were escaping that night, she saw some horrendous things, and because of that she can't sleep at night," said Howard, who lives in Dallas. "Uncle Red is the same way, even though he was a baby."

Over time, Fletcher moved away from Tulsa, but eventually made it back. In between, she had three children, seven grandchildren and 27 great-grandchildren.

Fletcher sat draped in a plaid shawl as she and Howard recounted the Dust Bowl of the 1930s, the Great Depression and the polio outbreak. The book also covers Fletcher's time as a Rosie the Riveter during World War II, working at a shipyard in Los Angeles, building the boats her brother sailed in during his time in the Navy.

*Continued on page 10*

came," Penny, 24, said in the videos posted on the Law & Crime Network Youtube channel. "I was praying that the police would come and take this situation over. I didn't want to be put in that situation, but I couldn't just sit still and let him carry out these threats"

According to Penny, an East Village resident, Neely was threatening passengers and despite Penny's own fear, he felt compelled to respond.

"There's a common misconception that Marines don't get scared," Penny said in the interview with his lawyers. "We're actually taught one of our core values is courage, and courage is not the absence of fear but how you handle fear. I was scared for myself, but I looked around, there was women and children. He was yelling in their faces saying these threats. I just couldn't sit still."

Penny jumped into action, a clash that ended with Penny



**Marine veteran Daniel Penny is in NYPD custody on May 12 after being charged with manslaughter in the killing of Jordan Neely.**
BARRY WILLIAMS FOR NEW YORK DAILY NEWS

and Neely, 30, on the filthy train floor with Penny's arm around Neely's neck and Neely unable to breathe.

"Some people say that I was holding on to Mr. Neely for 15 minutes," Penny said. "This is not true. Between stops is only a couple of minutes. So the whole interaction lasted less than five minutes."

"Some people say I was trying to choke him to death, which is also not true," he added. "I was trying to restrain him."

Penny surrendered to police nearly two weeks later. He remains free on $100,000 bail.

The killing of Neely, an unarmed Black man, has sparked protests and racial tensions.

But Penny, who is white, said race was not a factor.

"Some people said this was about race, which was absolutely ridiculous," Penny said. "I didn't see a Black man threatening passengers — I saw a man threatening passengers.

a lot of whom were people of color.

"A man who helped restrain Mr. Neely was a person of color," he pointed out. "A few days after the incident, I read in the papers that a woman of color came out and called me a hero."

Neely had been arrested 42 times in the past 10 years, most recently in November 2021 for slugging a 67-year-old woman in the face as she exited a subway station.

Once a fixture in Times

Square and aboard city subways as a Michael Jackson impersonator, he had a history of mental illness.

The city medical examiner declared the death a homicide, finding Neely died from compression to the neck as Penny applied the hold with his left arm wrapped around the victim's throat.

Viral video showed Neely struggling while held, his legs flailing until he finally stopped moving.

# More bad news on arrests of people of color in city

**BY ROCCO**
DAILY NEWS POLICE BUREAU CHIEF

For the third time in a row, a report has highlighted the sharp disparity between arrests of white New Yorkers and minorities. The Police Reform Organizing Project (PROP) said that of 715 arraignments from 2022 it analyzed, 91% were for people of color.

The NYPD has repeatedly said it does not engage in racial profiling and that it makes many arrests based on descriptions provided by victims of crimes. It has also noted that more than 90% of murdered Blacks and Latinos are victimized by other Blacks and Latinos.

But Robert Gangi, PROP's director, said that percentage cannot be true for all crimes.

He said neighborhoods like the Upper West Side, where he lives, are policed by fewer officers than those in minority areas where cops are under pressure to meet a quota and sometimes make illegal arrests just to meet that number.

He also said any notion that the racial disparities in enforcement change with a Black mayor, Eric Adams, and a Black police commissioner, Keechant Sewell, should be dispelled by now.

"There will be individual instances where that makes a difference," Gangi said. "But across the board it doesn't."

In a statement, however, Adams noted his efforts when he was a cop to change the abusive policing he experienced growing up.

"I will both support our police officers who will help make our city safe again," he said, "and hold zero tolerance for those who violate that sacred obligation."

Last Tuesday, The News reported that the 4,153 street stops recorded by officers in the first three months of the year was the highest quarterly total since the last three months of 2015. Roughly 70% of those stopped are Blacks or Black Hispanics, the data show. Another 25% are white Hispanic, and 6% are white.

Police also made many more motor

vehicle stops the first three months of the year — 195,789, the data show, a pace that would far surpass the 2022 total year number of 673,120.

Black and Latino drivers made up 62% of the total number of drivers stopped, the NYPD data show – even though they comprise about 49% of vehicle commuters in the city, according to U.S. Census Bureau data cited by the New York Civil Liberties Union. Of the 4,892 arrests made following vehicle stops, 4,153 were of Blacks and Latinos – 86%.

The NYPD monitor recently reported that the department's new anti-gun units were stopping people unconstitutionally at a rate higher than cops in other units.

Tuesday, June 13, 2023

DAILY NEWS  NYDailyNews.com

# Penny: Had to stop Neely

## Sez man threatened women & kids; 'scared' Marine hoped to hold him for cops

**BY LEONARD GREENE**
NEW YORK DAILY NEWS

Daniel Penny, the Marine veteran whose chokehold killed Jordan Neely on the floor of a subway car last month, claims in a new interview he was "scared" and felt "intimidated" by the homeless victim.

In newly recorded interviews released Sunday by lawyers defending him on manslaughter charges, Penny said he wasn't "trying to choke him to death" during the May-1 F train encounter, but just wanted to hold the menacing passenger long enough for cops to intervene.

"I was trying to keep him on the ground until the police came", Penny, 24, said in the videos posted on the Law & Crime Network Youtube channel. "I was praying that the police would come and take this situation over. I didn't want to be put in that situation, but I couldn't just sit still and let him carry out these threats."

According to Penny, an East Village resident, Neely was threatening passengers and, despite Penny's own fear, he felt compelled to respond.

"There's a common miscon-



Marine veteran Daniel Penny in NYPD custody on May 12 after being charged with manslaughter in the killing of Jordan Neely.
MARK WILLIAMS / FOR NEW YORK DAILY NEWS

and Neely, 30, on the filthy him".

a lot of whom were people of



## Legendary NYPD corruption foe wants a new look at why he was shot in 1971

"I am 87 years old, and I want to go to the grave with the peace of mind that everything was done to determine the cause of me being shot that night." says Frank Serpico (main and below r. testifying before the Knapp Commission in 1971).

**BY LARRY MCSHANE**
NEW YORK DAILY NEWS

NYPD whistleblower Frank Serpico, more than a half century after taking a bullet to the face in a Brooklyn drug raid gone bad, wants prosecutors to take a fresh look at the shooting.

The 87-year-old ex-cop told the Daily News he was still seeking definitive answers about exactly what happened in a narrow apartment building hallway on the night of Feb. 3, 1971.

"For years, I didn't want to believe I was set up," said Serpico, who feels differently now. "That's one. And two, I thought, 'How are you going to prove it?' I want to clear the record for history, what Frank Serpico did and the price he had to pay."

His attorney Peter Gleason sent an email and fax last month to Brooklyn District Attorney Eric Gonzalez asking the prosecutor to reinvestigate Serpico's onduty shooting.

"Many works of fiction have attempted to memorialize that evening in February 1971, yet the reality of Serpico being set up by his NYPD colleagues to permanently silence him has never been investigated," he wrote.

"The public narrative on this tragedy is filled with fantasy."

A spokesman for the prosecutor said his office had "received the letter and are reviewing the request."

A Gleason fax was also sent directly to departing NYPD Commissioner Keechant Sewell, requesting Serpico's police employment file – including all medical and personnel records.

A department spokesman responded only that the NYPD "will review the letter once we receive it."

Gleason, in his message to the DA, cited "NYPD internal documents that defy logic and appear to be concocted in furtherance of discrediting Serpico" without providing details.

Serpico remains particularly outraged by assorted books written across the decades about his career and the case, complaining of inaccuracies and outright lies.

And a particularly aggravating factor remains the lack of a 10-13 call for an officer needing assistance from fellow officers after the shooting, he said.

"I'm bothered by other people telling my story," he said. "They're distorting the facts. ... There was no 10-13 call, bottom line. That speaks volumes."

Serpico, long at odds with the NYPD and ostracized by fellow officers for decades, received his long-awaited NYPD Medal of Honor in February 2022 thanks to Mayor Adams.

Oscar-winning actor Al Pacino won a Golden Globe Award for playing the former officer in a 1973 movie.

The gunshot to the face came nine months before Serpico's appearance before the Knapp Commission probe of police corruption, where he exposed the NYPD's sins before nearly a dozen television cameras.

By then, Serpico was already the target of death threats and widely scorned by his NYPD colleagues.

"If people had taken heed of what Frank Serpico brought to light, numerous corruption scandals over the years might never have happened," said Gleason. "For better or worse, the NYPD created this situation and never investigated."

Serpico, a longtime resident of upstate Stuyvesant, has also taken his case to Twitter, where he boasts more than 10,000 followers.

But he realizes time is growing short for answers in the shooting that forever altered the course of his life.

"I am 87 years old, and I want to go to the grave with the peace of mind that everything was done to determine the cause of me being shot that night," he said. "I want my records, I want to see my files.

"This has been with me for over 50 years. The old story is walk a mile in my shoes. I don't want vengeance or retribution. I want the truth. I expect no less in a country like America."

Serpico, oddly enough, holds no grudge against the man who shot him point-blank on a winter's evening.

"I have nothing against him," he said. "He was doing what crooks do."

ANDREW SAVULICH / NEW YORK DAILY NEWS/AP

# Article. III.

## SECTION. 1.

The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.

## SECTION. 2.

The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority; - to all Cases affecting Ambassadors, other public Ministers and Consuls; - to all Cases of admiralty and maritime Jurisdiction; - to Controversies to which the United States shall be a Party; - to Controversies between two or more States; - [between a State and Citizens of another State;-]* between Citizens of different States, - between Citizens of the same State claiming Lands under Grants of different States, [and between a State, or the Citizens thereof,- and foreign States, Citizens or Subjects.]*

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The Trial of all Crimes, except in Cases of Impeachment; shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

## SECTION. 3.

Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

110

manded, yet somehow remaining what he was as an individual human being. Freeman had had years of practice at the game before adopting the cover he had assumed at the CIA and the present cover as a playboy of the midwestern world. That might save him, but it was important nevertheless that he establish an organization which would survive him. Once they discovered him, he would disappear. There would be no martyr-making trials and no more public assassinations as with Malcolm X. He would just disappear and the white man, confident in the eternal passivity and stupidity of the Negro, except for rare individual exceptions, would assume that the organization would die with Freeman. It must not be so.

He read them their poetry and their literature. He played their music. They knew the doo-waps, rock and roll, rhythm and blues, but jazz was something played for white folks in clubs in the Loop or in concert halls. He wondered how some of the jazz musicians would feel if they knew how far away many of their people felt they were. He remembered the days when Negroes in Chicago were allowed to work, before the stockyards moved west to the right-to-work-law states and before the steel mills and other plants automated, before the railroads cut back and laid off. There was jazz on the South Side, played by Negroes for Negroes. Of all those clubs, only the Drexel Hotel lounge survived. He used expense-account money to take them there to hear Miles Davis. Miles had always played the South Side, in the Pershing Ballroom and the smoky bars on Sixty-third before they went rock and roll, when he was blowing so much stuff the whites couldn't understand it until one

day, after years of neglect, they rediscovered him and he asked what was all the noise, he always played like that.

They listened to Miles's records and to Lady Day, Pres, Monk, Diz and the rest, and began hearing things in jazz that they had heard in rhythm and blues. They listened to down-home blues. He became the father and big brother they had never had and, although he fought it, he returned their affection and love. He knew this could be a fatal weakness, but he could not help it. He watched them grow now that they had a purpose, and found it sad that there was nothing for them in this land where their ancestors had lived for hundreds of years, except destruction; but in that negative urge to strike out against oppression they had found something that freed them from their fears and the doubts about themselves and their color. He watched them grow and become more human and knew that their new-found humanity would not inhibit their becoming the killers he was training them to be.

He taught them all the tricks of the trade and knew that if he had organized a network as quickly, silently and efficiently in the field, he would have been commended. They had not been tested, but he had no doubt about their performance once they were. Already they were impatient to begin. He told them they would begin operating during the coming summer under cover of the inevitable rioting. He knew as surely as the sun rises that the cops who occupied the ghetto would not give up their pastime of whipping niggers' heads in spite of directions from above concerning less physical means of arrest and investigation in the ghetto. They were not convinced, those thickheaded

# COP RACE CASE SHOCKER

**EXCLUSIVE**
**BY JOHN MARZULLI**



They are, f----g animals. You make sure if you have to shoot, you shoot them in the head.

---

## A year for this? Brad's gaudy bling

BRAD PITT WAS such a ...

---

## 'Matilda' walkes to seven awards

LONDON — Running-hooded musical "Matilda" dominated Britain's theater Olivier Awards on Sunday, winning seven prizes, including a joint Best Actress trophy for the four children who play the title role.

## Prisons Are Traumatizing, but It Is Possible to Reduce Some of Their Harm



Prisons are inherently traumatic places that dehumanize people in the name of security and control. Incarcerated people navigate constant surveillance, social isolation, limited personal care services, ongoing harassment, and threats of violence and abuse. These experiences are traumatic for both men women, many of whom have experienced victimization and abuse before becoming involved with the justice system.

ANTROBUS, ANDRE    NYSID:  05009121Z    DIN:  13A2171    21

1    rampant in this city or in this country.  Mental health is not

2    really being addressed.

3              PO CHEYNE:  Yes.

4              PHO BROWN:  You know (unintelligible).

5              PO CHEYNE:  (Unintelligible).

6              PHO BROWN:  Yeah.

7              PO CHEYNE:  (Unintelligible).

8              PHO BROWN:  Yeah.

9              PO CHEYNE:  -- (unintelligible).

10             PHO BROWN:  They told me to take -- oh, you can just

11   take the train, I said hell no, I'm not taking a train.

12   (Unintelligible).  That's it.  That is it.  All bets are off.

13   They're gonna lock me up 'cause I'm gonna fuck him up.  He is --

14   he -- that was just disgusting.

15             PO CHEYNE:  Oh my God, yeah.

16             PHO BROWN:  Okay.  We gave them five minutes.  Let's

17   bring them back.

18             PAROLEE:  (Unintelligible).

19             PHO BROWN:  Hey.  Okay.  Now, we're back.  Counsel,

20   what was the response?

21             MR. DE STASIO:  And just to be clear, Hearing Officer,

22   the Division has closed its case in chief and we're now on for

23   the defense case if we so choose?

24             PO CHEYNE:  No, I'm sorry.

25             PHO BROWN:  Yeah.

RE: U.S.A, U.S.A, U.S.A

Andre AntroBus          under Satans Authority  or
141 27 00393            United snakes of America
Amkc  9 mod             (Empire of illusion)
East Elmhurst NY 11370          To: Who it May Concern ?

I got evidence against the district Attorney and the
courts that they Bias, prejudice, corrupt and illegal
tactics to lock up all ethnics. Part of Holocaust on
ethnics and The so called war on drugs is really the
war on ethnics started way before Ragun, Nixon and
Johnson

## Pro logue

Since the Begining of European civilization was a
goo to enslave the ethnic civilization with multitude
of variables. The fabrication of European historical
hegemony goes deep and America is part of it Being
the Bully or (police) of the world pushing its Values.

Every culture should Be aware and want reprmoval and
revenge especially the ones on the Bottom of the totem pods
which the Holocaust and genocide Been going on since
several centuries and still thriving under a shroud a veil.

That they can't see, refuse to see, turn a Blind eye, or
assimilate into for the love of money (they will kill
they own Brother) so what will they do to a stranger.
People its time to wake up don't continue "To be
lost in space" danger danger Black people rate you going
or will never be equal. To Lowest entitled Bum or
trash what sense to have all the money, prestige and
no respect (look at Michael Jackson and Bill Cosby)

I Know Im starting on the Kind of Wrong foot using Michael Jackson and Bill Cosby as example But Ive Been saying they not guilty. And that Bought me enough hatred cause of propaganda But please explore the factors. First Michael Jackson suppose to Be a child molester all kind of excuses a man who worked a legal Job entertaining Billions since the sixties. Had 30% of stock in sony and soon as he Buying the last 20% to own sony this propaganda comes out to make him fall. Proving a black man can't get to Big for his Britches, now you make allegations sleep with little Boys inappropriately. But watch the factors michael has villas and condo's in other parts of world where he couldn't Be as persecuted. And it looks common in other parts of the worlds society or they turn a Blind eye to Be with a younger persons from 10 and up no matter if its male or female. Im not saying its right, But think outside the Box your a multi Billionaire ready to strategically take over sony your going to throw all that away for one night of pleasure. Mikes a business man first how could he make it he travels all the time to indonesia, switzerland, Japan, italy, Africa and etc.

Even the "Home Alone Kid" Mcaully Kaucken use to sleep with him multiple several times and he said nothing happen. And any kid would Boast to his friends at school when ask what you did this weekend "michael Jackson suck my dick" and wasn't all these children suppose to had died in 2 weeks now they grown

ups who's the liar a real witch hunt." Now Poor Bill come on you only go to thoses hollywood parties for sex, drugs, money and a position in the movie. Been going on for decades look at rock hudson his producers fuck him and he caught aids. look at george reeves superman. look at the Rat pack Oh boy enough vegas show girls frank dean and summy put on the whammy. look at Angelina doolie said at the grammys about harvey winstien movies and parties got to get on your knees to please to get a position hicks knew that was the mission. What are we hiding else it was another jurisdiction and statutes of limitations was way over. But he wanted to buy WBC can't have a Black man do that this is to show you, you can have all the money in the world but a Black man can't succeed unless he sells out his own kind to make it. And he has no more rights than the white trash bum look they threw it in your face again and again. 01-06-22 1,500 entitled storm the capitol did treason, espionage and murder of a police Officer. Punishment for treason is death on the spot no court or trial, punishment for espionage is 50 years 10,000⁰⁰ fine; punishment for killing a police officer suppose to be life. But they showed the country or colored half that they all recieved misdimeanors. So stare decisis, interstate compact agreement, and XIV Amendment whats good for the goose

is good for gender saying ' yeah right let a Black man kill a white police officer with a chemical weapon, like they did that Black federal police officer they'll give him a hundred for killing and another hundred for war crimes geneva crime codes.

## Pro_logue_history

Yentle mans act against the chinese pushing them out the U.S. in the 1800's, excursion Act, Jim Crow against the blacks, The Alemo against the mexicans, northern movements on Blacks, tuscdegue expirament against Black Heros, Boston movement 1829 hanging Black infantry by poles, buffalo movement against the indians, Plowing west against the indians, Atlantic slave triangle against Blacks, teddy R big stick policy against puerto ricens and the Phillipines, Panama versus Columbia for panama canel, Black codes against Blacks, war on drugs against ethnics, willie lynch syndrome against Blacks, matrix syndrome of the willie lynch to enslaven the poor, WTC, 911, Gulf war, taking of japanese houses WWII, covid-19

## now the event

I have evidence showing the courts are so prejudicial cause of the illegal Architect the district pettifogger who runs the Court. The hundreds of thousands exonerations cause of D.N.A., Fraud, prosecutor misconduct, police misconduct, false

testimony under duress and ineffective assistance of counsel 10,000 times a year shows you. look the 2011 daily news Articles about 85% of All Americans are dunces don't know the constitution, so how could they know the complex state laws or when the District Attorney is lying or frauding the public. Which they do all the time cause all cases dismiss, won, reverse ot etc. Is not police misconduct police don't know the law its the DoAo telling police what to do and charge you. The DoAo Boast he can "Indict a Ham Sand-wich" That means he can tell the Jury a inanimate object like a "Ham Sandwich" got off the plate went down the Block and and killed a person and Jury would Believe it. He's a story teller with a wild imagination making assumptions making a ass out of you and the rest of shuns. He a Make Believer make you believe the unbelievable like Hollywood a "avenger" flies over new York. Thats why he Brags he can "Indict a Ham Sand-wich, Judge Wolcott of appeals court say do away with grand Jury, Justice Supreme Kennedy says the Lower court is so unscrupulous and unethical to the point of illegal, Justice Brennan quoted on the DoA saying you got to Break a few shells to make a omellette Brennan said that'll Be a very crunchy omellette you'll Break your teeth

from people v cotton famous books picking cotton to the south carolina man who's whole family died while he falsily in prison and didn't want to leave.

To Central park Jogger where the prosecuter didn't have no evidence and made the victim lie like they Always do you, telling me that the Judge who does this all day every day looking over the evidence and paper work can't intervene. And lets the D.A. produce this fraudulent persona of truth Justice and the American way yeah the american way has Millions of dark secrets and produces Billions of false hoods.

So whats with the American Public they don't know, turn a Blind eye or simon says cause of a fraudulent persona. I have 30 years of evidence of corruption in the courts by the D.A. I had websites up since my space telling the truth. Also on facebook Dre Fermy Photo of horace holding snake scroll down to June 2018 for 3 years of evidence and video footage and evidence from others so the Public open its eyes

I've been hunted cause of that by the courts false charges and All in Kings County Supreme Court case # CR-002685-22.KN

I am charge with a false charge that I never suppose to be charge for defending myself assault 2nd degree against Hansel Anticira on 01-25-22 while on the phone in virtual court with the Hon. Jacks stroller the concupt 67th police came in 795 Rogers ave Bklyn ny 11226 Beat me arrest or retained me with out prouble cause. Cause I was doing perfect court Etti quette in virtual court. To come to OATH unit that analogues prison settings all the same cause the same people go through all these's area's.

Israel threaten me not to touch his Phones or tables or I got a "Buck fifty" thats a 60-inch scar from a knife or razor. Then he said he'll open me up gangster on his dick another threat, then came at me as the initial aggressor with a combative beligerent stance with his fist thats the 3rd time I retreated when I didn't cause of 35 Justification Castle do-ctrine and he put in "my state of mind" he carries a weapon. Bernard Goetz self-defense someone calls me in the room and Israel reach-ing in his Buttocks a fight ensued I come out the victor with my Bare fist no weapon and get charge revenge by Cola

millions of documents and cases a year from Kirby, mid hudson, south Beach, upstate prisons to city jails where all these people frequent Old and young. Fight every day cuttings, stabbings and assaults for last 20 years as long as it not against staff 60% of time you don't get charge from the courts. Do your research check the Nunez Monitor reports 2021 most you get are infractions I have hundreds of witnesses to that I got correction officers, clients, inmates and gang T.S.O (tactical, service, operations) that handle only that ask officer Cumbo they don't persecute it is peculiar to do so in 20 years. I have alot of evidence where I was arraigned on 02/04/22 and my 180.80 day was the next day 02/05/22 no time to prepare 190.50 violation of due process. OR not making me testify at grand Jury OR no self Representation, foisted a shyster pettifogger on me even though I fired her several times 01/30/22, 01/23/22, 02/04/22 02/05/22 and Etc cause I don't need no lawyer to adopt my motions when I self representation since 1999

Than it comes why I fired Desiree Buzinic
cause she told me she don't know the law

Cause I have a gold digging Bitch Hea-
Ther - Jaz AntroBus lying on me with the Othe
trying to take over me, my sister and Mo-
ther's Estate of "AntroBus Realty" that we
Been helping my Mother Philomena AntroBus
since 1970's she Bought the estate in the
1960's, she trying to keep getting me arre-
sted to go away for life But she messed
up on sworn testimony she said all the
times she got me arrested the police
told her what to say not her own words
on a sworn statement the police told
her what to say got it = 6701-3507/94

Please check and research and print my
story cause if the DoHo and donald
trump can use the news to put away
the innocent. We can tell the truth
to you and you can tell it to let
the innocent free

                                    Respectfully
                            -2071-X 2071-UCC

## Epilogue

With all the unscrupolous tactics at the Courts Architect Disposal with hundreds of ADA's, hundreds Assistance's; hundreds of field investigaters and hundreds of interns. All have access to internet, google and other search engines you'll Think they'll would play a little fair. But no they have C-O's so8 threatening me with violence and forcing or busing inmates to do violence to me, which the C-O's have they pet inmates that supposedly run the Block. from Old to young brandishing weapons open and Blantantly Threatening inmates to conform with they inane structure of Deltish beliefs and D.O.C condone's this behavior.

And even the medical and mental workforce are in on it saying like Dr. Muhammad who I caught in 5 lies on 03-11-22 when I fell and injured myself. Saying I don't have multiple scelrosis, or 3 Back injuries and leg injuries he tried to rubber stamp me. And lie saying the camper doesn't show that I ASk him does it go back to 1990's he said no I said when they issue double mattresses. To prove multiple scelrosis its in they records so I ask the nurse to check on Dec 18 2018, April 22 2020, Nov 8 2019 and she found the records where other hospital's in Kings County to Metropolitan sent records. With all this going on the Judges has no compassion they

They work for the district path logger the fiduciary tax representitive who got the state millions for chattel property. Cause Birth Certificates are Federal Bank notes and funds go to the American Bank note Company which is then forward to Depository trust Company for stocks which is worth the least 14½ Qaudrillion dollars. They fool tax payers that we pay for inmates when its inmates paying for them also when you go to prison the prison industry makes millions on soap, clothing, desk, cabinets, food, license plates and etc. Sold to corperations, shelters, hospital and walmart its a Big slave ship Rocket lining government employee's pockets instead of paying the national debt. (Dick cheney invested 10 million and made 39 million in prisons), Then they still using covid-19 and Omacron as a excuse to deny service's to defend our selves or get the proper humane services treating us like animals, thought your innocent till they railroad you guilty. Excutive Order an out on that Ruse testing, testing you fucking monkeys covid is a scam of Mass hypnosis and programming to make you a hypocondriac. Cause the mind and Body is connected so what ever the mind thinks happen to the Body. So if your program to get sick and die your program like 1 and 1 equals 2 seeing signs all day and tv adds everyday is programming. What happen to people of the night that don't pay attention like e hustlers, pimps, scammers, homeless, inmates, prositutes especially you that they told they dohes to put on a glad trash bag given them head and sex they had to pay they Bills

and they made prositation legal in the height of covid come on none of these's people stayed inside or wore mask and gloves. look at Bedford and Atlantic, williams st and Rikers Island no Bunch of Coroner vans was opening to these places yet. Also Rikers Island never practice covid protocals covid patients was moving freely to show, court, intake, medical and services they didn't change the handcuffs to 6ft didn't move the beds still packed 5 to 50 a dorm next to a Quarantine dorm breathing the same Air space didn't change the Busses no stickers on the floor of 6ft every one side By side in the worlds most violentous dirtest pettri dish and hardly no one died of covid when its suppose to Be By hundreds. Also the shelters, drug addicts, homeless, prositates and people of the night. Covid is for weak minded listening to gossip and propayenda or are you going to say there's an superior Beings thats resistent to covid on this planet. I was in a covid dorm for 3 month 30 people caught it out of 40 and they didn't know why. Im 46 years Old with shma tested 250 times. They use covid and Omicron as excuse to take away our rights and instill the New world Order testing, testing you fuking monkeys they saying. to stop speedy trial, motions and court procedures control the masses or give the superior beings they land and respect or the meek shall inherit the earth. And D.O.C and courts still using the excuses even though executive orders ran out months ago can't get in touch with no intimation or courts so you can't have a defense its a racket for unfair playing Child already But to deny

so all these "vanities and violations cause the love of money" (you'll kill your own Brother) what'll you do to stranger? Rikers Island is dangerous enough with D-O-C initiating violence, doing violence, rationing services violating our rights cut off outside access no phone access cause when you press 1 for english or they listen in cut you off no 3rd party calling excuse everything is a excuse to get paid. America's Misdistraction technique on the masses is almost perfect if you take a look at John peter zenger trial 1735 4 month trial Jefferson and Hamilton who helped the constitution defending attorneys prove with the facts the government is dishonest and incompetent do your research and do your research about me. The government is going to have propaganda about me but I've Been trying to reverse my charges since 1999 I got several issues from 8 D.N.A and Blood on so called instruments, medical evidence doesn't match the wounds, video was discarded, no speedy trial or self Representation case # 0511-2011 — us. v steiba gracie greggs issue, people v. Polokat fraud on the grand Jury, exculpatory evidence, no self defense instruction to the grand Jury, NO speedy trial or self representation case # 2014-2011 — violations of constitutional rights, stop and frisk unconstitutional, police brutality no self representation or speedy trial # 05519-2007. And if you check my face Book Dre tormy with photo of heroes grabbing the snake and the other with Bruce lee. You'll see evidence for me and others that DoDo is corrupt with the police please print or air my story give us a fighting chance we don't get Judge By our peers in a lure they mostly Ballish not asking real questions if you know the law and Jury show your equal peer uh!

index #

Andre Antrobus ch. of .Bd of free-
dom Back & To help racial equality in a
corrupt unjust system . rep Hu * man

against

New York city and state corp
under umbrella of U.S.A & S.D.N.Y Et Al.

## LAWSUIT

I Andre Antrobus being duly sworn says B

on 09-15-22  I Andre Antrobus chairman
of the Board of freedom back ) To help
racial equality in a unjust corrupt system
"Karen" in a prejudice world , Karen "willie
lynch syndrome", .. Representing the origin-
al hu * man (hu-hue - color) (mon) color
man of the ongoing holocaust and ge-
nocide of the color * man . We are suing
for # 86,000,000,000.00 in punitive Dama-
ges and # 50,000,000,000.00 in compensat-
ive damages of recompense !
so called Allukeans biult this country
on its backs and being rob bed hood
winked for profit of the color * man
inventions and Artifacts for centuries
from electricity , light bulb , Heart trans
plant and etc.

conduct, prosecutorial / misconducts and etc. like the other day in the news paper 09-07-22 letting go and dismissing 387 cases and every other months from the money train, Malcolm-X, central park jogger, and people v cotton.

So ex'pirence Judge who administers the law, That use to be a lawyer to Judge for years! Couldn't see the Assistant District Attorney and a misconduct, corruption lies, false testi-mony and evidence, inconsistant state ments and etc. Also convicting people with no evidence as in central park jogger case. Also knowing as you Prepping so called victims to lie and knowing about corruption since before frank serpico, mollen and knapp commiss-ion to up to date of 5 decades of false testimony and evidence and you still convicting 95% Black and 5% sacrafisail lambs of white to see These's prejudice signs reinforcing This holocaust is Emotional trauma distress

Also the continuing historical complex trauma pushed in our face from emmit teal to eleanor bumpers, Yaseff Hawkins, Abner houima, Mr Diallo, Rodney King, Shawn Bell, breonna taylor, Mr Rice, and george flyodd also continuing still. Plus soldiers from civil war returning from to Booston being hanged in Boston, The Tuskogee airman expirament, Watts, New ark new jersey, Tasla Black wall street, and Black lives matter 01-09-21 to the slap in the face on 01-06-21 where the ent- itled did Treason against the capitol and was pot on the back, when the punishment is death on the spot no court Preamble "Blood for feture of Article III section III Blood Attainder".

OR The 5 decades locking up colorfm- an on false testimony and evidence by N.Y.P.O and other police department. A list hidden from the public for decades that The Judges and D.A.'s knew cause most Judges use to be A.O.A's and knew about that lists. OR several thousand 5 reversal of convictions for D.NA, lies false testimony and evidence, Judicial mis-

To who it may concern?

August 10 2022

from the non selfish people
"freedom Back" and to (DYLAN DiaZ)
help racial eyuality
158 Martense st - 3sto     Too who it may concern,
Brooklyn NY 11226
I have evidence for several decades of corr-
uption in the government and prejudice to run
they new slave ship complex for Qauctrillions.

## Prologue

Since the Begining U.S.A (under Satans. Author
or united snakes of America) how ever you w
ant to say. Has Joined the elite to depopulate
the earth cause of Lack of Resources espe
ially the water running out "fresh water"
    with control schemes. like "Mass hypnosis"
of the population to be hypnocondrials" an
kill them selves..! in the covid-19 panadem
    people who was programmed to be weak
indeed like one and one eyuals two 1+1=2
if you show signs all day and adds you a
programming the population. like if you sh
signs to people all day and every day
That they stupid they'll be stupid... or
Television (all lies to vision) optical hy
prosis or "Audio coaching like Rosetta
stone cause "music can soothe the the savage bea
or "hyperbole the savage beast")".
"pro-logue fraudulent grandiose illusion of history.

part 1#
when the thieves came and Rape and pilage
they infected the inhabitants of this land
with S.T.D's, lice, ticks and etc. Wiping
out the indigous people with biolog-

-ical warfare and con them into migrating from thier homes west ward for a few trinkets and Blankets riddle with ticks and disease. Then they wanted more to extinct them off the land in the "Buffalo movement" killing off the food and shelter source. Now they moved on to the "Atlantic trade triangle" taking hostage the original human (hue-man)... now move on to so called ancestors of myans that so called spanyards rape and pilage they ancestors in mass killings at tribes from so called "South America" to West Indies to Central America. Assimilate and beat the Allue kan (African culture) out of them still up to this day they treat them like shit!! Telling them they "spanish" they whole culture vanish from "Chango to their water spirits" to christian names! Robbing them of they gold and lands Teaching them a broken spanish like Broken American english, french, and etc all "Patwa"!, "Big hint" "willie lynch syndrome" you don like in the people you intend to ensluve for thousands years do you teach them the proper language or broken Language. Cause if they know your proper Language you can't keep secrets from them. They can stand "man to man" to you! Take your house "wo-man to man" and land so keep them "mis educated". Loving the "hog pen". Cause if you tell a slave "take care of "our crops" or "our country" and he'll knows the proper Language or secrets he'll know it not our "crops" or "country" cause. riots, no equal profit, so stop it

so Breaks the female take away the male away from the household for delusion confusion through (welfare, prison or courts)!!! and she'll miseducate the children keep them dumb through a thousand generations till kingdom come. like the Matrix they believe the illusion in the midst of confusion to unfold into com. of the shackles off the wrists and beli. what "Massa, Boss or government"! Insist 1. stay in ignorant Bliss "cause you don't wa to know the truth"! that you was fooled and your actions and mind set was in odor to make them a slave your "Daltish and Ogma

part #2

so up to now they still spitting on pue. rico and rests of the spanish speaking countryes.. like hurricane that devastate the Island that you stole with a pole from old the "Big stick policy" pure Robbery on Phillipines and P.R. by Teddy Roosevelt. who intiated the spanish American wars or panama versus columbia to got the panama canal. Up to nicoragua and Columbia now digging up guyana for thier gold U.S.A. Rob, Rape, assimilates any cultures soul. How about the "gentlemans Act" against the chineses in the 1800's another wa, to control immingration population anoth form of oppression. OR Helping English or Japanese to Rape china up to blamin them for spreading covid-19 fraud sham

don't forget the Japaneses or vietnameses
1941 when prejudice White Americans took
Japanese houses and business's. And put
them in tents in Nevada also in L.E.S
in N.Y.C projects with Machine gun tents
and 40 years after the war they gave them
back $20,000.00 which they bought the
houses and business for no intrests. U.
S.A tried to Bully the vietnameses too
also remember "Victor Licata" the one the
framed about "Rector Madness" and lie to
congress he killed his family on drugs
to enact the 1933 "Harrison Act" to final
make drugs supposedly outlawed! which
is fraud cause you lied to put the war
on drugs which is really the war on ethnic
Drugs was legal for hundreds of years
even sold at sears catalogue cause a couple
senators, and etc. Seen mexicans come and
sell weed thats better than Americas! get
houses and work for less and put whites
on the "soup line"! and white woman go
horney for colored man after doing cocaine
look at New York times 1932 "crazed
negroes on cocaine Article." Also San fran
cisco dope thens full of white hookers
with they chinese's pimps. if the senator,
governor and investagator wasn't prejudice
against Blacks, mexicans or chineses, we
wouldn't have "fraudalent drug laws" focus
on ethnics!! How about tuskegee Airmen
who help won the war and they reward
is getting infected with "sythlis" sythlis
tuskegee expirament.

not the first time they use to hang
Blacks civil war soldiers that was a
focus point on winning the war in bos-
ton by lamposts when they came from
war!

part 3 #
so European hegemony of this herculiann
system even went through it with they
own english against the irish robbing
them, calling sicillians Blacks or Italians
niggorish cause of Haniball having cultu-
ral sexual relations or the moors with
Gaul females...!

part 4 #
Even Though the Allukanans was the firs,
in the ultimate science that whitey can
understand... they use your own science
against you Allukanans using the 7 sins
putting eygyptians symbols on the back
of money. Also reinforcing mass hypnosis
of programming of the Breaking process o
the African female to turn her into
wo-man (woe to man) a "succubus" which
effects females and mades of man kind
    so it from morning to night you see a
Photo of whitey to enforce programming o
the "Breaking process of African female".

part 5 #
from Emmit teil to Cotton to Central, park
Jogger, Malcom X accusers, Mr. Griffin, the tru
Subway toll Booth accusers, to millions of
exonerations and reversals of D.N.A
giving immunity to mens Roa Distric,
Pettifoggers and unscrupolous bud goss

look at the D.A.'s secret files for 5 decades they hid from the public about lying police, police fabricating evidence, stealing evidence and drugs also etc. But the courts still convict people Example? look at a tire shop mechanic doing it everyday all day takes off a tire with 15 millimeter nuts from a 15 millimeter lugs... And he puts it back on and in the mists of 4 of 15 millimeter nuts its one 7 millimeter nut that won't fit cause of size, shape and etc The tire mechanic will not put it on and notice it automatically like involuntarily muscle. Cause he's doing it for so long and everyday "second nature". So if you went to "college" for some knowledge! for 4 years you suppose to have some common sense then do "law school" for 4 years! Learning the Law in and outs Then practice for 5 years to ten years as a Lawyer so you get that "second nature" to the law and can identify errors, or misconduct or fraud! then you become a Assistant district Attorney for some years so you knew about the "secret files!" then become a "Judge..." and practice for years so you saying when the paper, evidence or etc came across the Bench you didn't notice the? fraud, inconsistance fabricated evidence, lack of evidence, perjury, lies, misconducts, errors or etc.

may Be cause the testimony saying w/
Heather -vaz all the times from 2018
to 2022 getting me arrested/retained was
not her own truthful words it was under
the tutelage of the N.Y.P.D and the D.A
told her what to say to get me arrested

It's like the Israel Ankrira incident
in kings county 70448-22 which since
02-04-22 for 7 months with multiple nu-
merous several request to preserve the
video's and request for "5 days of video
showing the (pecking order") of oppression
cause your (fresh meat)) and your approach
ed with violence and threats of serious inf-
uries. By inhabitants who staff ceded con-
trol too and lie for when they approa-
ch new comers, fresh meat, guppies and
maggots to any institution or smoking
contraband or Brandishing weapons. They lie
to supervisors to courts risking they Job
and freedom as in the daily news 07-29-22
to nunez monitor report to dack Nicholson.
one who flies over the cuckoo's nest, sean
penn Bad Boys, James Cagney white heat or
public enemy, East side Boys lock up Leo
gorcey, Angelina Jolie shattered girl, or
girl interrupted, Morgan freeman shaw shank
redemption, sidney platier no way out, Blood
in Blood out, America me, America -X psycho
Animal vann ryhmes, or sweets all have a
pecking order ceded By staff turned a
Blind eye By staff, contraband bought in
By staff cause no one "Booting" a I Phone
13 and up Daily news u tube 06-23-22

or Riker Island hulu series so if Im a new comer and they tell me threats of don't touch they phones or tables that I'll get a buck Atty then attack me with others on video then another rape threat of gangster on my dick "he going to open me up" and faggot theres no 3 f's of flight cause castle doctrine can't Leave can't freeze you might Bleed. So they did me again foist Sabotuer Retti, faggor on me even though I want to Repr- esent my self faretta v California deny me and witnesses to testify at Grand Jury. and tell D-O-C to take favorable exonerat- ing evidence from me .. Blocks and open mail ... Blocks tho phone calls ... stop me going to writ court ... Retaliate on me with serious injuries and etc. Case 1001305-21 in criminal was a 3rd degree assault But when nieghbors and witnesses submitted Affidavits I was attacked and ran 10 times till I defended myself they change and lied saying I violated a order of protection to my own house Research and investigate look at facebook Dre Terny (Photo of horace egyptian god holding snake) connected to my websites which they don't want to show as I was trying to reverse my Last false convictions they wouldn't give me evidence for Due process violations in cases 0577-2011 / 7632-2010 / 2014-2011 in which they threaten witnesses again

Begining to end when police in the car to reach destination till they reach the station never show that cause if you know the whole story why it started and after. OR when they put up the props, cameras, and green screen ~~would~~ till they take it down would you think Robert downey Jr. could fly in a iron suit across New york sky!!! "the D.A. even boast he can indict a Ham sandwich"! to make people believe a inanimate object got off the plate ro down the Blocks and kill some one and return to plate the american public is not going to ask no questions"! and Belieue " and indict "simon says"! Please investigate my accusations and go on facebooks Dre Termy's all of them and Dre termt and see the DoAs and N.Y.P.D threaten me.!

No Justice like 01-06-21 the treason against the capitol The insurrection the punishment for "treason"! is death on the spot no court or nothing once 2 or more witnesses like that saying "I shot him on "the white house" Lawn"! (Robert cox) Thomas Jefferson also check preamble Article III section 3 of the constitution Oh yeah killed a federal police officer and gets a misdemeanor thats 8 months for killing a cop or the same for Espionge selling secrets to the Russians But you killed the cop with a chemical weapon thats against the geneva convention its a war crime

in John Peter Zenger 1717 in N.Y.C
represented by Hamilton and Jefferson
constructors of the constitution prove
-d that the government is dishonest and
incompetent after of 4 months of evi-
dence ooo Now today in Daily news 07-
07-22 Justice for Emmitt Tiel to people
v cotton to Central park Jogger to Malcolm
-X, to Money train crime and millians of
exonerations the Judges was down and
so fourth

I was Block a defense Judge Hanbo.
to michael chessa tied, defense Attorney.
are with them this is my 3rd time
Just in June 2021 they was going to charg
one man with gang assault against 5 m.
lying saying the one man had a weapon a.
cause serious inury when captains cruz & Thomp:
viewed video I was not the initial aggressor or had a weap,
Blocked my defense 8 A) Blocks my mail B) gave
my mail and others C) Blocked my phone calls
D) unreasonable siezures of favorable exonerating
evidence for freedom and liberty E) sized Lit.
of serious injury F) Deny evidence G) fraud o'1

<u>Witness's</u>

<u>Rafael Ramirez</u> ____ X _____ — X ____
<u>Brian S Palmer</u> ____ X ____ — X ____
_____ X ____ — X ____

28 U.S.C 1746 we self notarize with above
signatures under of penalty of law

Respectfully
the speak Behind the Door yours truely

U.S.A. crimes against humanity:
1) Atlantic slave triangle, willie lynch syndrom
2) chinese, Japanese, vietnames and Koreans
3) puerto ricans, mexicans and south american
4) central americans, and etc

crimes against me:
5) Block and open my mail
6) Block my phone calls
7) Block and deny Law Library
8) unreasonable siezures of favorable exan rating evidence
9) no proable cause.
10) denying evidence

c.O's  Lindsay   witnesses   Baker 13026
Count   ventura park   wer 11604
Gordon 02838   Hy outhers 1253   Thomas
inhabitats Iues   Thorny 15111   Edge Adam
Brian S Palmer   Warren wilson   Arthuro Ayak
Tiana   Glen torres   Steve Kalish

on 80% of employees conspiring toge Ther against me in Retaliation to block my defense

please look up in my space Archives Melion Cruz... and the truth website also face book Gaza Emperors then to spooks Behind the door II then The Ferry with websites; to help racial equality in a un vast corrupt system... freedom back ... Karen in a prejudice world... Kere willie lynch syndrome... lash back

# Exclusive: Brooklyn DA Releases Secret Lists Of Cops They Don't Trust

BY <u>GEORGE JOSEPH (/STAFF/GEORGE-JOSEPH)</u>

PUBLISHED NOVEMBER 6, 2019 |

○ 84 COMMENTS [/NEWS/EXCLUSIVE-BROOKLYN-DA-RELEASES-SECRET-LISTS-COPS-THEY-DONT-TRUST#COMMENTS)



Mayor Bill de Blasio delivers remarks at an NYPD graduation at Madison Square Garden in 2017.
ED REED/MAYORAL PHOTOGRAPHY OFFICE

6) and "Crystal Beans" hair which pulling hair is not assault cause pushes, slaps and shoves is not considered assault cause they lied

7) and if "Crystal Beans" is the so called baby mother why she didn't press charges, wrote a Affidavit or supporting disposition

8) Also the D.A. and N.Y.P.O hid exonerating evidence from a week before, when Jamel white attacked "Cazziona cruz" December 2010 on lott st between tilden ave and hawly Rd in Bklyn and 67th N.Y.P.O called ~~Jenny~~ to come pick her up and take her home then Jamel white threaten to shoot Mr Antrobus in front of N.Y.P.O and they did nothing 9) and again they N.Y.P.O and D.A threaten witness's as in case 7632/2010 when they threaten January Robinson and others even though she said Mr. ~~____~~ didn't have nothing to do with it and sold no drugs in open court also submitted several affidavits 1) also the police testified that they called and had a conversation with Mr. Antrobus for a drug sale but later they said the only phone they found was full of drugs on the inside no working electronic parts ... so show me how the phone works James Bond 2) also denied store video now in these cases all the officers gave false testimony in other cases that they reverses cause gregory Baptiste, Bklyn south task force and gives all found to fabricate and lie Now they doing the same things in this case 100467-22 no 190.70 or to testify at the grand Jury 190.50, stop my defense by blocking it, also not achieving

Now than they's are the whole understand
court system even though I have legal
assistance website like to help racial equa-
lity in unjust and corrupt system or maebo
Back or "Karen" in prejudice world or Karen
"Willie lynch syndrome" or push Blacks and
I never told the psychiatrists any thing
of he paranoid about the government, I'm
not paranoid I don't worry cause they
"Batoomry is not now too no!" So they
can check my websites through the back
door through facebook One Tormy (Photo
of horace holding snake) also they can
get transcripts/minutes from case 010199
-21KN ~~Part 3 Man + Stroller~~ Heather-Vaz ~~████~~
in civil court Kings county 141 Livingston s
bklyn NY 11201 where she stated under
outh all the times she got ~~●~~ die arrested
I retained from 2018 to 2022 it wasn't her
own truthful words it was the tutelage
of the N.Y.P.O and D.A. told her what to
say to get ~~●~~ die Arrested which is a
common practice from Wolfman) hymes to Gonzade
several months 8 1) Deputies, captains and officers
                Affidavit
said the D.A. told them to Block 141-22-00303
services A) Block Law Library B) Phone C) Mail
take evidence and attacks and assault petition
they also said you won't have evidence

Rafeel Ramirez ___ X    Christian ~~30€3~~ X ~~____~~
                        Brian S Palmer X ~~____~~
n. ██@ ___ X            Warren Wilson ___ X ___
Pena Augustin Sanchez ___
28 U.S.C 1746 we self notaries with above
signatures that we witness's these facts
under the penalty of law

                        Respectfully
                        141-22-00303

Carlos G Matias
4122203036

1818 HAZen Street
East Elmhurst



United States District Court

Southern District Of New York

500 pearl Street

New York new york 12007

Pro Se



RECEIVED
JUN 30 2023
CLERK'S OFFICE
S.D.N.Y.



RECEIVED
JUL - 5 2023
PRO SE OFFICE