UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE ANTROBUS,

                         Plaintiff,

-against-

REPARATIONS; NEW YORK CITY, NEW YORK STATE; USA; N.Y.P.D.; NEW YORK POLICE DEPT.; UNITED STATES OF AMERICA,

                         Defendants.

23-CV-5757 (LTS)

CIVIL JUDGMENT

      The Court dismisses this action. The Court dismisses Plaintiff's claims under federal law for the reasons set forth the Court's August 28, 2023, order, and declines to consider, under its supplemental jurisdiction, his claims under state law.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 4, 2023
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge